```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16293
   COUNTISS PERKINS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2590


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/11/2006 and was confirmed 05/02/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   3.00%.

     The case was converted to chapter 7 after confirmation 09/06/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED             638.33           .00          15.72
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00           .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE          .00           .00            .00
COUNTRYWIDE HOME LOANS I  NOTICE ONLY      NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY      NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00           .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE          .00           .00            .00
WASHINGTON MUTUAL         SECURED NOT I    35652.60            .00            .00
WASHINGTON MUTUAL         SECURED NOT I     3703.20            .00            .00
WASHINGTON MUTUAL         NOTICE ONLY      NOT FILED           .00            .00
WASHINGTON MUTUAL         SECURED NOT I          .00           .00            .00
WASHINGTON MUTUAL CARD S  SECURED NOT I          .00           .00            .00
WASHINGTON MUTUAL         SECURED NOT I   142027.10            .00            .00
WASHINGTON MUTUAL         SECURED NOT I    16447.32            .00            .00
WFS FINANCIAL             SECURED VEHIC    29341.02         71.98         4430.07
WFS FINANCIAL             NOTICE ONLY      NOT FILED           .00            .00
WFS FINANCIAL             NOTICE ONLY      NOT FILED           .00            .00
WFS FINANCIAL             UNSECURED            1.00            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          1534.46            .00            .00
AMERICAN GENERAL FINANCE  SPECIAL CLASS     7662.75            .00            .00
AMERICAN GENERAL FINANCE  NOTICE ONLY      NOT FILED           .00            .00
BALLYS TOTAL FITNESS      UNSECURED        NOT FILED           .00            .00
COLUMBUS BANK & TRUST     UNSECURED        NOT FILED           .00            .00
CONCORDIA UNIVERSITY      UNSECURED        NOT FILED           .00            .00
COUNTRYWIDE HOME LENDING  UNSECURED        NOT FILED           .00            .00
EVERGREEN EMERGENCY SERV  UNSECURED        NOT FILED           .00            .00
GREAT AMERICN FINANCE     UNSECURED         1680.14            .00            .00
GREAT AMERICN FINANCE     UNSECURED        NOT FILED           .00            .00
GREAT AMERICAN FINANCE    UNSECURED        NOT FILED           .00            .00
GREAT AMERICAN FINANCE    UNSECURED        NOT FILED           .00            .00
HOUSEHOLD AUTO FINANCE    UNSECURED        NOT FILED           .00            .00
HOUSEHOLD AUTO FINANCE    UNSECURED        NOT FILED           .00            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 16293 COUNTISS PERKINS
```

```
HSBC NV                       UNSECURED        NOT FILED          .00           .00
NELNET                        UNSECURED        35112.07           .00           .00
NELNET                        UNSECURED        NOT FILED          .00           .00
NELNET LNS                    UNSECURED        NOT FILED          .00           .00
NELNET LNS                    UNSECURED        NOT FILED          .00           .00
NELNET LNS                    UNSECURED        NOT FILED          .00           .00
NELNET LNS                    UNSECURED        NOT FILED          .00           .00
NICL LABORATORIES             UNSECURED        NOT FILED          .00           .00
OPTION ONE MORTGAGE CO        UNSECURED        NOT FILED          .00           .00
OPTION ONE MORTGAGE CO        UNSECURED        NOT FILED          .00           .00
OPTION ONE MORTGAGE CO        UNSECURED        NOT FILED          .00           .00
PEOPLES GAS & LIGHT           UNSECURED         1101.80           .00           .00
PEOPLES GAS & LIGHT           UNSECURED        NOT FILED          .00           .00
PEOPLES GAS & LIGHT           UNSECURED        NOT FILED          .00           .00
TCF NATIONAL BANK             UNSECURED        NOT FILED          .00           .00
TCF NATIONAL BANK             UNSECURED        NOT FILED          .00           .00
UNION CR NB                   UNSECURED        NOT FILED          .00           .00
WASHINGTON MUTUAL             UNSECURED        NOT FILED          .00           .00
ER SOLUTIONS INC              UNSECURED         2570.66           .00           .00
INTERNAL REVENUE SERVICE      UNSECURED           17.17           .00           .00
ZALUTSKY & PINSKI LTD         REIMBURSEMENT       54.00           .00         54.00
CITY OF CHICAGO PARKING       UNSECURED          900.00           .00           .00
SIDNEY VISSER                 NOTICE ONLY      NOT FILED          .00           .00
ZALUTSKY & PINSKI LTD         DEBTOR ATTY      3,000.00                         .00
TOM VAUGHN                    TRUSTEE                                        293.23
DEBTOR REFUND                 REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS                 DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                             4,865.00

PRIORITY                                                        54.00
SECURED                                                      4,445.79
    INTEREST                                                    71.98
UNSECURED                                                        .00
ADMINISTRATIVE                                                   .00
TRUSTEE COMPENSATION                                           293.23
DEBTOR REFUND                                                    .00
                                ---------------        ---------------
TOTALS                              4,865.00                 4,865.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/27/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |